**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**Grace Jun (SBN 287973)**
**GRACE JUN, ATTORNEY AT LAW**
501 West Broadway, Ste. 1480
San Diego, CA 92101
T: (310) 709-4012
grace@gracejunlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
T: (510) 530-4078 Ext. 101
F: (510) 530-4725
panos@panoslagoslaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HENNE, Decedent, by and through his successors in interest; F.H., a minor, by and through her proposed guardian ad litem, Reatana Ven, individually and as co-successor in interest to Decedent; W.A.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent; W.R.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>COUNTY OF SAN JOAQUIN, a public entity, et al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-02275-TLN-AC<br><br>**EX PARTE APPLICATION OF REATANA VEN FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF F.H.; REATANA VEN'S DECLARATION AND CONSENT TO ACT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF F.H.; ORDER**<br><br>Fed. R. Civ. P. 17(c) |

///

///

Ex Parte Application of Reatana Ven for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC　　　　　　　　　　　　　　　　　　- 1 -

**EX PARTE APPLICATION**

Petitioner, REATANA VEN, pursuant to Fed. R. Civ. P. 17(c), applies, ex parte, for an Order appointing her Guardian ad Litem for Minor Plaintiff F.H. herein as follows:

1. F.H. is a minor plaintiff in the above-referenced case.
2. F.H. was born in the year 2016 and is 8 years old.
3. REATANA VEN, who is not a plaintiff in this matter, is the natural mother of minor plaintiff F.H.
4. Minor plaintiff F.H., as a natural born child of decedent WILLIAM HENNE, is a successor in interest to Henne as defined in Section 377.11 of the California Code of Civil Procedure.
5. REATANA VEN has no interest potentially adverse to minor plaintiff F.H.
6. REATANA VEN is a resident of the City of Modesto, County of Stanislaus, in the State of California.
7. REATANA VEN is a responsible adult and is fully competent to understand and protect the rights of said minor.

Petitioner, REATANA VEN, therefore respectfully requests an order appointing her as guardian ad litem for minor plaintiff F.H.

Dated: _8/28_____, 2024    /s/Reatana Ven_____
                              REATANA VEN, Petitioner

Dated: _8/28_____, 2024    **LAW OFFICE OF SANJAY S. SCHMIDT**
                              **GRACE JUN, ATTORNEY AT LAW**
                              -and-
                              **LAW OFFICES OF PANOS LAGOS**


                              /s/Panos Lagos_____
                              Sanjay S. Schmidt
                              Grace Jun
                              Panos Lagos
                              Attorneys for Plaintiffs

Ex Parte Application of Reatana Ven for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                                - 2 -

# DECLARATION AND CONSENT TO ACT

I, Reatana Ven, declare as follows:

1. My name is Reatana Ven. I am a competent adult over the age of eighteen and the natural mother of minor plaintiff F.H. herein.

2. The address and telephone number for me and for the minor plaintiff F.H. herein is as follows:

   Address: 917 Fall River Drive, Modesto, 95351

   Telephone: (209) 595-7746

3. Minor plaintiff F.H., as a natural born child of decedent WILLIAM HENNE, is a successor in interest to Henne as defined in Section 377.11 of the California Code of Civil Procedure.

4. The minor, F.H., has no guardian of her estate.

5. I am willing to serve as Guardian ad Litem of the minor and am fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. I have personal knowledge of the facts stated in this declaration. If called upon to testify to the same, I am competent to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___8/28/2024_____ (date), in Modesto, Stanislaus County, California.

/s/Reatana Ven
REATANA VEN

///
///
///
///
///

Ex Parte Application of Reatana Ven for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                                      - 3 -

**ORDER**

The Court, having considered the Ex Parte Application of REATANA VEN for appointment as Guardian ad Litem for minor plaintiff F.H., and good cause appearing therefore, hereby GRANTS the Application and appoints REATANA VEN as Guardian ad Litem for minor plaintiff F.H.

Dated: September 6, 2024

_____
Troy L. Nunley
United States District Judge

Ex Parte Application of Reatana Ven for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                          - 4 -