**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**Grace Jun (SBN 287973)**
**GRACE JUN, ATTORNEY AT LAW**
501 West Broadway, Ste. 1480
San Diego, CA 92101
T: (310) 709-4012
grace@gracejunlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
T: (510) 530-4078 Ext. 101
F: (510) 530-4725
panos@panoslagoslaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HENNE, Decedent, by and through his successors in interest; F.H., a minor, by and through her proposed guardian ad litem, Reatana Ven, individually and as co-successor in interest to Decedent; W.A.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent; W.R.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF SAN JOAQUIN, a public entity, et al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-02275-TLN-AC<br><br>**EX PARTE APPLICATION OF ALEXIS CELESTE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS W.A.H. AND W.R.H.; ALEXIS CELESTE'S DECLARATION AND CONSENT TO ACT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS W.A.H. AND W.R.H.; ORDER**<br><br>Fed. R. Civ. P. 17(c) |

///

///

Ex Parte Application of Alexis Celeste for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC　　　　　　　　　　　　　　　　　- 1 -

# EX PARTE APPLICATION

Petitioner, ALEXIS CELESTE, pursuant to Fed. R. Civ. P. 17(c), applies, ex parte, for an Order appointing her Guardian ad Litem for Minor Plaintiffs W.A.H. and W.R.H. herein as follows:

1. W.A.H. is a minor plaintiff in the above-referenced case.
2. W.A.H. was born in the year 2010 and is 14 years old.
3. W.R.H. is a minor plaintiff in the above-referenced case.
4. W.R.H. was born in the year 2012 and is 12 years old.
5. ALEXIS CELESTE, who is not a plaintiff in this matter, is the natural mother of minor plaintiffs W.A.H. and W.R.H.
6. Minor plaintiffs W.A.H. and W.R.H., as natural born children of decedent WILLIAM HENNE, are successors in interest to Henne as defined in Section 377.11 of the California Code of Civil Procedure.
7. ALEXIS CELESTE has no interest potentially adverse to minor plaintiffs W.A.H. and/or W.R.H.
8. ALEXIS CELESTE is a resident of the City of Stockton, County of San Joaquin, in the State of California.
9. ALEXIS CELESTE is a responsible adult and is fully competent to understand and protect the rights of said minors.

Petitioner, ALEXIS CELESTE, therefore respectfully requests an order appointing her as guardian ad litem for minor plaintiffs W.A.H. and W.R.H.

Dated: __9/4_____, 2024      /s/Alexis Celeste_____
                                ALEXIS CELESTE, Petitioner

Dated: __9/5_____, 2024      **LAW OFFICE OF SANJAY S. SCHMIDT**
                                **GRACE JUN, ATTORNEY AT LAW**
                                -and-
                                **LAW OFFICES OF PANOS LAGOS**

Ex Parte Application of Alexis Celeste for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                          - 2 -

/s/Panos Lagos
Sanjay S. Schmidt
Grace Jun
Panos Lagos
Attorneys for Plaintiffs

## DECLARATION AND CONSENT TO ACT

I, Alexis Celeste, declare as follows:

1. My name is Alexis Celeste. I am a competent adult over the age of eighteen and the natural mother of minor plaintiffs W.A.H. and W.R.H. herein.

2. The address and telephone number for me and for the minor plaintiffs W.A.H. and W.R.H. herein is as follows:

    Address: 5038 Moorcroft Circle, Stockton, CA, 95206

    Telephone: (209) 598-4127

3. Minor plaintiffs W.A.H. and W.R.H., as natural born children of decedent WILLIAM HENNE, are successors in interest to Henne as defined in Section 377.11 of the California Code of Civil Procedure.

4. The minors, W.A.H. and W.R.H., have no guardian of their estates.

5. I am willing to serve as Guardian ad Litem of the minor and am fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. I have personal knowledge of the facts stated in this declaration. If called upon to testify to the same, I am competent to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __9/4/2024_____ (date), in Stockton, San Joaquin County, California.

/s/Alexis Celeste
ALEXIS CELESTE

///

///

Ex Parte Application of Alexis Celeste for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                         - 3 -

**ORDER**

The Court, having considered the Ex Parte Application of ALEXIS CELESTE for appointment as Guardian ad Litem for minor plaintiffs W.A.H. and W.R.H., and good cause appearing therefore, hereby GRANTS the Application and appoints ALEXIS CELESTE as Guardian ad Litem for minor plaintiffs W.A.H. and W.R.H.

Dated: September 6, 2024

Troy L. Nunley
United States District Judge

Ex Parte Application of Alexis Celeste for Appointment as Guardian Ad Litem
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                                                - 4 -