**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Grace Jun (SBN 287973)**
**GRACE JUN, ATTORNEY AT LAW**
501 West Broadway, Ste. 1480
San Diego, CA 92101
T: (310) 709-4012
e-mail: grace@gracejunlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
T: (510) 530-4078 Ext. 101
F: (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENNE, Decedent, by and through his successors in interest; F.H., a minor, by and through her proposed guardian ad litem, Reatana Ven, individually and as co-successor in interest to Decedent; W.A.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent; W.R.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent,<br><br>        Plaintiffs,<br>    vs.<br><br>COUNTY OF SAN JOAQUIN, a public entity, et al.,<br><br>        Defendants. | Case No. 2:24-CV-02275-TLN-AC<br><br>[Assigned to the Honorable U.S. District Judge Troy L. Nunley – Courtroom 2]<br><br>**FIRST STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER** |

///

///

Stipulation and Order to Modify Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                                                 - 1 -

Plaintiffs and Defendants ("the parties"), all through their undersigned counsel of record, and subject to the approval of the Court, respectfully stipulate as follows:

RECITALS

A. On August 20, 2024, Plaintiffs filed this civil-rights, wrongful death, and survival action.

B. On August 21, 2024, the Court issued its Initial Pretrial Scheduling Order (the "Scheduling Order"). ECF No. 3.

C. On September 9, 2024, the Court granted the previously filed application of Retana Ven to be appointed the guardian ad litem for minor Plaintiff F.H. ECF No. 10.

D. On September 9, 2024, the Court granted the previously filed applications of Alexis Celeste to be appointed the guardian ad litem for minor Plaintiffs W.A.H. and W.R.H. ECF No. 11.

E. On October 10, 2024, a Waiver of Service was filed as to all Defendants. ECF No. 12.

F. On November 27, 2024, the County of San Joaquin Defendants filed an Answer to Plaintiffs' Complaint. ECF No. 14.

G. The parties have met and conferred regarding the Scheduling Order, and the parties believe certain dates in it will not give the parties sufficient time to investigate the issues in the case, conduct discovery, and prepare for trial.

H. The undersigned counsel for Plaintiffs are in the midst of conducting extensive discovery in a number of other complex, in-custody death cases, and two of the undersigned co-counsel for Plaintiffs have separate jury trials commencing on April 21 in such matters, both of which will progressively consume substantial time through and including April 21 – May 2, following which several weeks are blocked off for depositions of fact witnesses and expert witnesses in other matters. Counsel for Plaintiffs have highly impacted schedules for the next 8-9 months.

I. The parties, nevertheless, have exchanged initial Rule 26(a)(1) disclosures and

Stipulation and Order to Modify Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                                                                      - 2 -

1  Plaintiff has served Requests for Production.

2        J.      Given the press of business, other trials, and matters that counsel have scheduled, the anticipated time the parties will require to respond to discovery requests and marshal the documents that will be requested, the time required to meet and confer on discovery in an effort to avoid potential discovery motions, the time required for the parties to prepare a stipulated protective order governing the production of sensitive or confidential materials or information, the large number of depositions that may have to be taken, as well as the desire of counsel for the parties to be able to exercise professional courtesy by reasonably accommodating the schedules of the deponents and counsel as much as possible, granting reasonable extensions, and the need to set depositions on mutually available dates, including the anticipated difficulties with doing this (in view of the number of schedules and potential depositions involved), the undersigned counsel reasonably estimate the need for, and, thus, respectfully request, that an additional 120 days be added to the deadline for the completion of discovery, as set forth in Section III of the Initial Pretrial Scheduling Order. (ECF No. 3 at 2:15-23.) All successive deadlines in the Pretrial Scheduling Order would be correspondingly extended, with spacing between such dates to remain the same as is set forth in the Pretrial Scheduling Order.

      K.      The parties, therefore, respectfully request additional time to complete these items in the Scheduling Order.

      L.      When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

      M.  There have been no prior modifications of the Scheduling Order.

//

//

Stipulation and Order to Modify Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC     - 3 -

STIPULATION

The parties, by and through their undersigned counsel, respectfully request that the Court modify the Scheduling Order as follows:

| Case Event | Current Deadline (ECF No. 3) | Proposed Amended Deadline |
|---|---|---|
| Cutoff of Non-Expert Discovery | 11/27/2025 | 03/27/2026 |
| Expert disclosures/ Expert Witness Designations | 1/26/2026 | 05/26/2026 |
| Rebuttal expert disclosures | 2/25/2026 | 06/25/2026 |
| Supplemental disclosures (FRCP 26(e)) | 04/24/2026 | 08/24/2026 |
| Dispositive motion filing cut-off date | 05/26/2026 | 09/23/2026 |

Based on the foregoing, the parties respectfully request that the Court grant this stipulation for a modification of the Scheduling Order.

Respectfully Submitted,

Dated: March 10, 2025        **LAW OFFICE OF SANJAY S. SCHMIDT,**

**GRACE JUN, ATTORNEY AT LAW, and LAW OFFICES OF PANOS LAGOS**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs

Dated: March 10, 2025        **BURKE, WILLIAMS & SORENSEN, LLP**

*/s/ Kyle Anne Piasecki**
By: Kyle Anne Piasecki
Gregory B. Thomas
Kyle Anne Piasecki
Jackson D. Morgus
Attorneys for Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

Stipulation and Order to Modify Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                                    - 4 -

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

The Court finds the parties have shown good cause for the relief their Stipulation requests.

THEREFORE, the relief the parties request is GRANTED, and the scheduling order is modified as follows:

| Case Event | New Deadline |
| --- | --- |
| Cutoff of Non-Expert Discovery | 03/27/2026 |
| Expert disclosures/ Expert Witness Designations | 05/26/2026 |
| Rebuttal expert disclosures | 06/25/2026 |
| Supplemental disclosures (FRCP 26(e)) | 08/24/2026 |
| Dispositive motion filing cut-off date | 09/23/2026 |

**IT IS SO ORDERED**.

Dated: March 10, 2025

_____
Troy L. Nunley
Chief United States District Judge

Stipulation and Order to Modify Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                        - 5 -