Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF SAN JOAQUIN, COUNTY OF SAN JOAQUIN CORRECTIONAL HEALTH CARE employees CHC RN JANICE DANIELSON, CHC RN RITA MANANQUIL, CHC RN MINERVA EBARVIA, CHC RN DARIN STRAUB, CHC RN ALYSSA AGRIPPINO, CHC RN CYNTHIA BISCOCHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

WILLIAM HENNE, Decedent, by and through his successors in interest; F.H., a minor, by and through her proposed guardian ad litem, Reatana Ven, individually and as co-successor in interest to Decedent; W.A.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent; W.R.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent,,

Plaintiffs,

v.

COUNTY OF SAN JOAQUIN, a public entity; COUNTY OF SAN JOAQUIN CORRECTIONAL HEALTH CARE employees CHC RN JANICE DANIELSON, CHC RN RITA MANANQUIL, CHC RN MINERVA EBARVIA, CHC RN DARIN STRAUB, CHC RN ALYSSA AGRIPPINO, CHC RN CYNTHIA BISCOCHO, and DOES 1-25, in their individual capacities; and DOES 25-50, individually, jointly and severally,

Defendants.

Case No. 2:24-cv-02275-TLN-AC

**STIPULATION AND ORDER TO CONTINUE LIMITED DISCOVERY AND REMAINING DEADLINES IN THE SCHEDULING ORDER**

Judge: Hon. Troy L. Nunley
Courtroom 2, 15th floor

The parties, by and through their respective attorneys of record, jointly move the Court for an order continuing limited discovery and remaining deadlines in the scheduling order. The parties make this application on the following grounds:

RECITALS

1. On August 20, 2024, Plaintiffs filed this civil rights, wrongful death, and survival action concerning an in-custody death at the San Joaquin County Jail.

2. Since then, the Parties have engaged in extensive discovery, though numerous depositions have yet to be taken. The depositions that remain to be taken are: (1) depositions of minor plaintiffs F.H., W.A.H., and W.R.H.; (2) deposition of individual defendant Cynthia Biscocho; (3) deposition of AMR paramedic Shannon Henderson; (4) deposition of forensic pathologist Dr. Michael Hunter; (5) deposition of Lakisha Holton; (6) deposition of Officer Napoleon; and (7) deposition of the County of San Joaquin's FRCP 30(b)(6) designee(s).

3. Given the current state of discovery, the Parties wish to engage in mediation in an attempt to resolve this matter without expending further resources. The Parties anticipate that extensive resources in terms of both attorney time and litigation costs will need to be expended to complete non-expert discovery and then to complete expert discovery.

4. There have been two prior requests for extensions, which have been granted by the Court. The second extension request was due to consolidation of this case with another related case. The Parties do not request this continuance for the purpose of delay, and the Parties believe good cause exists to continue the following limited deadlines in an effort to conserve the Parties' resources and the Court's time. The requested extension will advance the interest of judicial economy by preserving the status quo while the Parties in good faith engage in ADR to determine if the case is resolvable. Neither side, nor the interest of justice, will be prejudiced by the modest extension of the dates in the scheduling order, as set forth below.

5. Due to the trial schedules of Plaintiffs' counsel Sanjay Schmidt and Grace Jun, it will be difficult for the parties to complete the ADR process before January 2027.

/ / /

/ / /

6. Based on the above, both Plaintiffs and Defendants agree to modify the Scheduling Order as to currently noticed depositions and deadlines following non-expert discovery cut-off. The Parties wish to maintain the current cut-off date for written discovery. Below is a proposed amended schedule.

| **Case Event** | **Current Filing Date/Disclosure Deadline/Hearing Date (ECF No. 26)** | **Proposed New Filing Date/Disclosure Deadline/Hearing Date** |
|---|---|---|
| Cutoff of Non-Expert, Written Discovery | 11/27/2026 | Remains the same |
| Cutoff of Currently Noticed Depositions that Have Not Yet Been Taken | 11/27/2026 | 03/26/2027 |
| Expert disclosures / Expert Witness Designations | 01/26/2027 | 05/25/2027 |
| Rebuttal Expert Disclosures | 02/26/2027 | 06/25/2027 |
| Supplemental Disclosures (FRCP 26(e)) | 04/26/2027 | 07/26/2027 |
| Dispositive Motion Filing Cut-off Date | 05/24/2027 | 08/27/2027 |

Respectfully Submitted,

Dated: November 5, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT, GRACE JUN, ATTORNEY AT LAW, and LAW OFFICES OF PANOS LAGOS**

*/s/ Grace Jun[1] (as authorized on November 5, 2026)*
By: GRACE JUN
Attorneys for Plaintiffs

[1] Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

Dated: November 5, 2026

**BURKE, WILLIAMS & SORENSEN, LLP**

By *\/s/ Gregory B. Thomas*

Kyle Anne Piasecki
Gregory B. Thomas
Jackson D. Morgus
Attorneys for Defendants

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing therefor, rules as follows:

IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| **Case Event** | **Current Filing Date/Disclosure Deadline/Hearing Date (ECF No. 26)** | **Proposed New Filing Date/Disclosure Deadline/Hearing Date** |
|---|---|---|
| Cutoff of Non-Expert, Written Discovery | 11/27/2026 | Remains the same |
| Cutoff of Currently Noticed Depositions that Have Not Yet Been Taken | 11/27/2026 | 03/26/2027 |
| Expert disclosures / Expert Witness Designations | 01/26/2027 | 05/25/2027 |
| Rebuttal Expert Disclosures | 02/26/2027 | 06/25/2027 |
| Supplemental Disclosures (FRCP 26(e)) | 04/26/2027 | 07/26/2027 |
| Dispositive Motion Filing Cut-off Date | 05/24/2027 | 08/27/2027 |

**IT IS SO ORDERED**.

Dated: November 5, 2026

Troy L. Nunley
Chief United States District Judge